**Order entered April 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00747-CR

**STEWART CARTER HURST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32486CR**

### ORDER

Before the Court is appellant's April 13, 2020 fourth and final motion for extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** the brief filed no later than April 27, 2020.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE